| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

STARCO IMPEX, INC., §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:19-CV-39
§
LANDMARK AMERICAN §
INSURANCE COMPANY, §
§
    Defendant. §

## MEMORANDUM ORDER ON MOTION FOR LEAVE TO AMEND

The court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition of case-dispositive motions. On May 28, 2020, Judge Giblin issued a report and recommendation on the plaintiff's opposed motion for leave to file its First Amended Complaint (#19). He recommended that the Court deny the motion. In support, Judge Giblin found that the plaintiff had not established good cause supporting the requested amendment beyond the deadline.

No party has objected to the magistrate judge's recommendation. After review, the Court finds that Judge Giblin's findings and recommendations should be accepted. The Court ORDERS that the report and recommendation (#29) is ADOPTED. The Court further ORDERS that the plaintiff's opposed motion for leave (#19) is DENIED.

    SIGNED at Beaumont, Texas, this 23rd day of June, 2020.

                                                    MARCIA A. CRONE
                                        UNITED STATES DISTRICT JUDGE